# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

PAMELA O'SHAUGHNESSY,  )
)
    Plaintiff,  )
)   NO. CV-06-0207-MWL
vs.  )
)   **JUDGMENT IN A**
MICHAEL J. ASTRUE,  )   **CIVIL CASE**
Commissioner of Social Security,  )
)
    Defendant.  )
)
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**.

Plaintiff's Motion for Summary Judgment is **DENIED**.

Judgment is entered for Defendant.

**FILE CLOSED.**

**DATED** this 27th day of February, 2007.

           **JAMES R. LARSEN**
           **District Court Executive/Clerk**

           s/ Alma R. Gonzalez

       by: _____
           ALMA R. GONZALEZ
           Deputy Clerk

cc: all counsel